UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x Chapter 11

In re
: Case No. 05-17930 (ALG)

NORTHWEST AIRLINES CORPORATION, : Jointly Administered
NWA FUEL SERVICES CORPORATION,
NORTHWEST AIRLINES HOLDINGS CORPORATION, :
NWA INC.,
NORTHWEST AEROSPACE TRAINING CORPORATION, :
NORTHWEST AIRLINES, INC.,
NWA AIRCRAFT FINANCE, INC., :
MLT INC.,
COMPASS AIRLINES, INC. F/K/A NORTHWEST AIRLINES CARGO, INC., :
NWA RETAIL SALES INC.,
MONTANA ENTERPRISES, INC., :
AIRCRAFT FOREIGN SALES, INC.,
NW RED BARON LLC, AND :
NWA WORLDCLUB, INC.
:
**Debtors.**
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE OF FINANCIAL BALLOTING GROUP LLC
## OF SELL DOWN NOTICE
## ON HOLDERS OF PUBLIC SECURITIES

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

David M. Sharp, being duly sworn, deposes and says, under the penalty of perjury:

1. I am a Director of Financial Balloting Group LLC ("FBG"), located at 757 Third Avenue, New York, New York 10017, the firm requested by Bankruptcy Services Inc. ("BSI") to assist with the service of the Sell Down Notice (defined below) on the nominees and registered holders of the Debtors' (defined below) debt and equity securities (the "Public Securities") in accordance with the Final Order Pursuant to Sections 105, 362 and 541 of the Bankruptcy Code and Bankruptcy Rule 3001 Establishing Notification and Hearing Procedures for Trading in Claims and Equity Securities, dated October 28, 2005. The Public Securities of the above-captioned debtors and debtors-in-possession (the "Debtors" or "NWA"), are listed on

Exhibit A hereto. I am authorized to submit this certification on behalf of FBG. Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth.

2. Jane Sullivan, the Executive Director of FBG, also assisted with the service described herein.

3. I hereby certify that on March 8 and 9, 2007, I caused sufficient copies of the Notice of the Debtors' Consideration of Potential (A) Utilization of Section 382(L)(5) of the Internal Revenue Code and (B) Request for Entry of a Sell Down Order and Termination of the Electing Claimholder Option in Connection Therewith, dated March 9, 2007 (the "Sell Down Notice"), to be delivered by overnight delivery service or hand delivery to the brokerage firms, banks, and agents (the "Nominees") identified on Exhibit B hereto, to enable the Nominees to distribute the Disclosure Statement Hearing Notice to beneficial owners of the Public Securities as of February 14, 2007.

4. FBG also caused a letter of instruction to be transmitted with each delivery to a Nominee. A true and correct copy of the letter of instruction is attached hereto as Exhibit C.

5. I further certify that on March 8, 2007, I caused a copy of the Sell Down Notice to be delivered by electronic mail to the non-U.S. Securities Depositories identified on Exhibit D hereto.

6. I further certify that on March 9, 2007, I caused a copy of the Sell Down Notice to be sent by First Class Mail to the holders of NWA common stock (the "Common Stock") listed on Exhibit E hereto.

7. The names of the Nominees included on Exhibit B, and the number of customers represented by such Nominees, were determined by following the usual and

2

customary procedures employed in annual meetings and other solicitations involving debt and/or equity securities traded on one or more of the national exchanges. The Nominees holding Public Securities as of February 14, 2007 were determined from the records of DTC. The list of registered holders of Common Stock included on Exhibit E was provided by Wells Fargo, the transfer agent.

9. A true and correct copy of the Sell Down Notice is attached as <u>Exhibit F</u> hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
David M. Sharp

SUBSCRIBED AND SWORN TO BEFORE ME
this 19th day of March, 2007.

_____
Notary Public

JENNIFER NGO
Notary Public, State of New York
No. 01NG6144757
Qualified in New York County
Commission Expires April 24, 2010