**Exhibit A**

**Northwest Airlines Corporation – Cusip Listings:**

| | | | |
|---|---|---|---|
| 59217K AA 8 | 667280 AE 1 | 667294 AH 5 | 667294 AX 0 |
| 603701 AA 1 | 667280 AF 8 | 667294 AJ 1 | 667294 AY 8 |
| 603701 AC 7 | 667281 20 8 | 667294 AK 8 | 667294 AZ 5 |
| 62945C AJ 0 | 667281 AJ 8 | 667294 AL 6 | 667294 BA 9 |
| 62945C AK 7 | 667281 AM 1 | 667294 AM 4 | 667294 BB 7 |
| 62945C AL 5 | 667281 AP 4 | 667294 AN 2 | 667294 BC 5 |
| 62945C AM 3 | 667281 AQ 2 | 667294 AP 7 | 667294 BD 3 |
| 64971S BA 6 | 667294 AA 0 | 667294 AQ 5 | 735397 BB 6 |
| 667280 10 1 | 667294 AB 8 | 667294 AR 3 | 735397 BC 4 |
| 667280 AA 9 | 667294 AC 6 | 667294 AS 1 | 944315 AN 0 |
| 667280 AB 7 | 667294 AE 2 | 667294 AT 9 | 944315 AP 5 |
| 667280 AC 5 | 667294 AF 9 | 667294 AU 6 | |
| 667280 AD 3 | 667294 AG 7 | 667294 AW 2 | |