**Exhibit B**

A.G. Edwards & Sons, Inc.
2801 Clark Street
St. Louis, MO 63103
Attn: Jonathan Griffith

    Number of Copies: 2


ABN AMRO Incorporated
499 Washington Blvd 14th Floor
Jersey City, NJ 07310
Attn: Michael Scura

    Number of Copies: 1


ADP Investor Communications
51 Mecedes Way
Edgewood, NY 11717
Attn: Duane Shippey

    Number of Copies: 35,000


Alpine Associates
100 Union Avenue
Cresskill, NJ 07626
Attn: Michael Martin

    Number of Copies: 1


Bank of America, National Association
Securities Operations
5th Floor Proxy Dept
411 N Akard St
Dallas, TX 75201
Attn: Maria V. George

    Number of Copies: 5

Bank of New York, The
One Wall Street
6th Floor
New York, NY 10286
Attn: Anna Laskody

    Number of Copies: 187


Bank Of New York, The/Barclay Capital - London
One Wall Street
6th Floor
New York, NY 10286
Attn: Ray Cestaro

    Number of Copies: 2


Bank of New York, The/DBAG LDN-GS Cr. Port LLC
One Wall Street
New York, NY 10286
Attn: Ray Cestaro

    Number of Copies: 2


Bank of New York, The/First Miami Securities, Inc.
16 Wall Street
5th Floor
New York, NY 10005
Attn: Scott Habura

    Number of Copies: 2


Bank of The West
1977 Saturn Street
Reorg Dept. SC-MPK-03-M
Monterey Park, CA 91755
Attn: Martha Zuniga

    Number of Copies: 2

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022
Attn: Larry Birch

    Number of Copies: 2


BNY/DBTCA/DB AG LDN PB Multi Seg Clearance
One Wall Street
New York, NY 10286
Attn: Cecile Lemarco

    Number of Copies: 2


Brown Brothers Harriman & Co.
525 Washington Blvd.
New Port Towers
Jersey City, NJ 07310-1607
Attn: Paul Nonnon

    Number of Copies: 2


Canadian Depository for Securities Ltd., The
600 Blvd. De Maisonneuve West
Suite 210
Montreal, QU H3A3J2
Can
Attn: Loretta Verelli

    Number of Copies: 2


Cantor Fitzgerald & Co./Paloma Sec.
110 E. 59th Street
7th floor
New York, NY 10005
Attn: Alfredo Archibald

    Number of Copies: 2

Carty & Company, Inc.
6263 Poplar Avenue
Suite 800
Memphis, TN 38119
Attn: Amy Wade

    Number of Copies: 2


CIBC World Markets Corp.
425 Lexington Ave, 5th Floor
Corporate Actions
New York, NY 10017
Attn: Robert J Putnam

    Number of Copies: 2


Citadel Trading Group, LLC
101 South Dearborn St.
Chicago, IL 60603
Attn: Marcia Banks

    Number of Copies: 2


Citibank, N.A.
3800 Citibank Center
B3 - 12
Tampa, FL 33610
Attn: Carolyn Trebus

    Number of Copies: 2


Citigroup Global Markets Inc.
333 West 34th Street
5th Fl.
New York, NY 10001
Attn: Pat Haller

    Number of Copies: 2

Compass Bank
15 South 20th Street
3rd Floor
Birmingham, AL 35233
Attn: Mark Warren

    Number of Copies: 2


Credit Suisse First Boston LLC
11 Madison Avenue
New York, NY 10010
Attn: Jeff Szczyradlowski

    Number of Copies: 2


Deutsche Bank Securities, Inc.
Harborside Financial Center
100 Plaza One, 2nd Floor
Corporate Actions Dept.
Jersey City, NJ 07311-3988
Attn: David Lai

    Number of Copies: 85


Dresdner/AKV Global Certificate A/C
75 Wall Street, 32nd Floor
New York, NY 10005
Attn: Howard Dash

    Number of Copies: 2


Fiduciary SSB
225 Franklin Street
MAO-3
Boston, MA 02110
Attn: Stephen M. Moran

    Number of Copies: 3

Fiduciary Trust Company of Boston
175 Federal Street
Boston, MA 02110
Attn: Jerry Krall

    Number of Copies: 2


First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68102
Attn: Julie Gerdes

    Number of Copies: 2


FOLIO(fn) Investment, Inc.
8401 Old Courthouse Road
Vienna, VA 22182
Attn: Brian Darby

    Number of Copies: 2


Goldman, Sachs & Co.
30 Hudson Street
Jersey City, NJ 07302-4699
Attn: Carol Marko

    Number of Copies: 2


Hill, Thompson, Magid & Co., Inc.
Suite 800
15 Exchange Place
Jersey City, NJ 07302
Attn: George Edgar

    Number of Copies: 2

ING Barings Corp./International EQ
350 Park Ave.
New York, NY 10022
Attn: Ken Hayden

    Number of Copies: 2


Ingalls & Snyder, LLC
61 Broadway
31st Floor
New York, NY 10006
Attn: Les Bianco

    Number of Copies: 2


Interactive Brokers Retail Equity Clearing
55 East 52nd Street
7th Floor / Proxy Dept.
New York, NY 10022
Attn: Ken Hayden

    Number of Copies: 2


Jefferies & Company, Inc.
Harborside Financial Center
705 Plaza 3
Jersey City, NJ 07311
Attn: Ray Desouza

    Number of Copies: 2


Jonathan Badner
4 New York Plaza
21st Floor
New York, NY 10004
Attn: Georgia Stanback

    Number of Copies: 2

JP Morgan Securities Inc., Fixed Income
500 Stanton Christiana Road
OPS 4th Floor
Newark, DE 19713
Attn: Sean Rooney

 Number of Copies: 2


JPMorgan Chase Bank
14201 Dallas Parkway
Dallas, TX 75254
Attn: Paula Dabner

 Number of Copies: 1


JPMorgan Chase/JP Morgan International
4 New York Plaza
11th Floor
New York, NY 10004
Attn: Jonathan Badner

 Number of Copies: 2


Koonce Securities, Inc.
6550 Rock Spring Dr.
Suite 600
Bethesda, MD 20817
Attn: G. Sohan

 Number of Copies: 2


LaSalle Bank National Association
135 South LaSalle Street
Room 1811  Corporate Actions Dept.
Chicago, IL 60690-4192
Attn: Deborah Bey

 Number of Copies: 2

Lehman Brothers Inc. /The Drake Offsh
70 Hudson Street
7th Floor
Jersey City, NJ 07302
Attn: Andre Verderame

    Number of Copies: 2


Lehman Brothers, Inc.
70 Hudson Street
7th Floor
Jersey City, NJ 07303
Attn: Grace Furia

    Number of Copies: 2


Mellon Trust of New England, National Association
525 William Penn Place
Room 153-3418
Pittsburgh, PA 15259
Attn: Melissa Tarasovich

    Number of Copies: 2


Morgan Stanley & Co. Incorporated
One New York Plaza, 7th Floor
New York, NY 10004
Attn: Richard Gareventa

    Number of Copies: 2


Morgan Stanley DW Inc.
230 Harborside Financial Center
Plaza 3, 6th Floor
Jersey City, NJ 07311
Attn: Terence Quirk

    Number of Copies: 2

Morgan Stanley International Limited
901 South Bond Street
6th Floor
Baltimore, MD 21231
Attn: Dan Spadaccini

    Number of Copies: 2


Murphy & Durieu
17th Floor Proxy Department
120 Broadway
New York, NY 10271
Attn: James Goldin

    Number of Copies: 2


Murphy & Durieu
120 Broadway
New York, NY 10271
Attn: James Goldin

    Number of Copies: 2


National Investor Services Corp.
55 Water Street, 32nd Floor
New York, NY 10041
Attn: Anthony DeMario

    Number of Copies: 2


NBCN Clearing, Inc./CDS
1010 La Gaucheiere West
17th Floor, Suite 1925
Montreal, QC H3B 5J2
can
Attn: Daniel Ntap

    Number of Copies: 2

Northern Trust Company, The
801 S. Canal Street
Reorg Dept. Floor C1N
Chicago, IL 60607
Attn: Robert Valentin

    Number of Copies: 45


Paloma Partners Management Co.
2 America Lane
Greenwich, CT 06836
Attn: Tom Skrapits

    Number of Copies: 2


PAX Clearing Company Limited Partnership
101 Hudson Street
Jersey City, NJ 7302
Attn: Matt Liszka

    Number of Copies: 2


Penson Financial Services Inc/ Condui
1700 Pacific Ave.
Suite 1400
Dallas, TX 75201
Attn: James McGrath

    Number of Copies: 2


PNC Bank, National Association
8800 Tinicum Blvd
MS-F6-F266-02-2
Philadelphia, PA 19153
Attn: Robert Hallowell

    Number of Copies: 3

Romano Brothers & Co.
One Rotary Center
Suite 1300
Evanston, IL 60201
Attn: Robert Valone

Number of Copies: 2


State Street Bank and Trust Company
Corp Actions - JAB5E
1776 Heritage Drive
Quincy, MA 02171
Attn: Amanda Gontarz

Number of Copies: 330


SunTrust Bank
P.O. Box 105504
Center 3141
Atlanta, GA 30348-5504
Attn: Julia Colantuono

Number of Copies: 2


Texas Treasury Safekeeping Trust Company
208 E. 10th Street
Austin, TX 78701
Attn: Janie Dominguez

Number of Copies: 2


The Depository Trust Company
55 Water Street, 25th Floor
New York, NY 10004
Attn: Edward Haiduk

Number of Copies: 2

The Depository Trust Company
55 Water Street
25th Floor
New York, NY 10004
Attn: Tom Campanelli

    Number of Copies: 2


U.S. Bank N.A.
1555 N. River Center Drive
Suite 302
Milwaukee, WI 53212
Attn: Keith Frohlicher

    Number of Copies: 5


UBS AG Stamford Branch/as Custodian for UBS AG Lon
677 Washington Blvd
9th Floor
Stamford, CT 06901
Attn: William Rome

    Number of Copies: 2


UBS Securities LLC
480 Washington Blvd.
12th Floor
Jersey City, NJ 07310
Attn: Jeff Lazarus

    Number of Copies: 2


UFJ Trust Company of New York
666 Fifth Avenue, 33rd Floor
New York, NY 11217
Attn: Mario Calderon

    Number of Copies: 2

United States Trust Company of New York
499 Washington Blvd.
7th Floor
Jersey City, NJ 07310
Attn: Eileen French

    Number of Copies: 5


WCM LLC
Steve Fam
301 South College Street
Charlotte, NC 28288
Attn: Joseph Nenichka

    Number of Copies: 2


Wells Fargo Bank, National Association
733 Marquette Avenue
Minneapolis, MN 55479
Attn: James Engstrom

    Number of Copies: 12


Wilmington Trust Company
1100 North Market Street
Wilmington, DE 19890-2210
Attn: Connie Haywood

    Number of Copies: 2