**Exhibit C**

# Financial Balloting Group LLC

### M E M O R A N D U M

**TO:** All Banks, Brokers and Other Intermediaries

**DATE:** March 9, 2007

**SUBJECT:** Northwest Airlines Corporation, *et al.*  Cusips:
*Please refer to attached list*

**RECORD DATE:**
**February 14, 2007**

With this memo we are providing you with the following materials for Northwest Airlines Corporation:

- NOTICE OF THE DEBTORS' CONSIDERATION OF POTENTIAL (A) UTILIZATION OF SECTION 382(L)(5) OF THE INTERNAL REVENUE CODE AND (B) REQUEST ENTRY OF A SELL DOWN ORDER AND TERMINATION OF THE ELECTING CLAIMHOLDER OPTION IN CONNECTION THEREWITH….dated March 9, 2007.

Please forward the enclosed material via first class mail to the beneficial owners of the securities listed as quickly as possible.

Invoices regarding distribution of the above notice should be directed to:

> Northwest Airlines Corporation
> 5101 Northwest Drive
> St. Paul, MN  55111-3034
> Attn:  Jeanne M. Brown
>     Legal Department

Should you require additional copies of the enclosed notice, please contact:

> Financial Balloting Group LLC
> 757 Third Avenue, 3rd Floor
> New York, NY  10017
> Telephone (646) 282-1800
> Fax (646) 282-1804

# Financial Balloting Group LLC

**Northwest Airlines Corporation – Cusip Listings:**

| | | | |
|---|---|---|---|
| 59217K AA 8 | 667280 AE 1 | 667294 AH 5 | 667294 AX 0 |
| 603701 AA 1 | 667280 AF 8 | 667294 AJ 1 | 667294 AY 8 |
| 603701 AC 7 | 667281 20 8 | 667294 AK 8 | 667294 AZ 5 |
| 62945C AJ 0 | 667281 AJ 8 | 667294 AL 6 | 667294 BA 9 |
| 62945C AK 7 | 667281 AM 1 | 667294 AM 4 | 667294 BB 7 |
| 62945C AL 5 | 667281 AP 4 | 667294 AN 2 | 667294 BC 5 |
| 62945C AM 3 | 667281 AQ 2 | 667294 AP 7 | 667294 BD 3 |
| 64971S BA 6 | 667294 AA 0 | 667294 AQ 5 | 735397 BB 6 |
| 667280 10 1 | 667294 AB 8 | 667294 AR 3 | 735397 BC 4 |
| 667280 AA 9 | 667294 AC 6 | 667294 AS 1 | 944315 AN 0 |
| 667280 AB 7 | 667294 AE 2 | 667294 AT 9 | 944315 AP 5 |
| 667280 AC 5 | 667294 AF 9 | 667294 AU 6 | |
| 667280 AD 3 | 667294 AG 7 | 667294 AW 2 | |