**Exhibit F**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re: :
: **Chapter 11**
:
**NORTHWEST AIRLINES CORPORATION, <u>et al.</u>,** : **Case No. 05-17930 (ALG)**
:
Debtors. : **Jointly Administered**
------------------------------------------------------------x

**NOTICE OF THE DEBTORS' CONSIDERATION OF POTENTIAL (A) UTILIZATION OF SECTION 382(L)(5) OF THE INTERNAL REVENUE CODE AND (B) REQUEST FOR ENTRY OF A SELL DOWN ORDER AND TERMINATION OF THE ELECTING CLAIMHOLDER OPTION IN CONNECTION THEREWITH**

**TO ALL PERSONS OR ENTITIES WITH CLAIMS[1] AGAINST THE DEBTORS[2]:**

**PLEASE TAKE NOTICE** that, on September 14, 2005, Northwest Airlines Corporation ("NWA Corp.") and certain of its direct and indirect subsidiaries (collectively, the "Debtors"), commenced cases under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code"). Subject to certain exceptions, Section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of the Debtors' estates or of property from the Debtors' estates or to exercise control over property of the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that, on October 28, 2005, upon the Debtors' motion, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), entered a Final Order Pursuant to Sections 105, 362 and 541 of the Bankruptcy Code and Bankruptcy Rule 3001 Establishing Notification And Hearing Procedures For Trading Claims and Equity Securities (the "Order"). **Pursuant to the Order, any person or entity that elects to become an Electing Claimholder (as defined in the Order) may freely trade and make a market in Claims without the requirement of advance notice to, and approval by, the Debtors, provided that such Electing Claimholder agrees to comply**

---

[1] References to "Claims" herein are made in accordance with the definition of a "claim" in Section 101(5) of the Bankruptcy Code and includes a lessor's right to any current or future payment under or arising out of any lease with respect to which a debtor or one or more of its debtor affiliates is a lessee.

[2] Specifically, in addition to NWA Corp., the Debtors consist of: NWA Fuel Services Corporation, Northwest Airlines Holdings Corporation, NWA Inc., Northwest Aerospace Training Corp., Northwest Airlines, Inc., MLT Inc., Compass Airlines, Inc. f/k/a Northwest Airlines Cargo, Inc., NWA Retail Sales Inc., Montana Enterprises, Inc., NW Red Baron LLC, Aircraft Foreign Sales, Inc., NWA Worldclub, Inc. and NWA Aircraft Finance Inc.

**with the requirements of a Sell Down Notice (as defined in Exhibit 2C of the Order) if issued by the Bankruptcy Court.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 6(d)(2) of the Order, the Debtors (i) are actively considering whether to utilize Section 382(l)(5) of the Internal Revenue Code; and (ii) may request, after notice and a hearing, the entry of an order by the Bankruptcy Court approving the issuance of a Sell Down Notice to insure that the requirements of Section 382(l)(5) are satisfied.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the foregoing, the Debtors may request, after notice and a hearing, that the Bankruptcy Court amend the Order to eliminate the ability of Claimholders, on or after the date of such amendment, to become Electing Claimholders in lieu of complying with the advance notice and consent procedures set forth in paragraphs 6(a)-(c) of the Order.

**PLEASE TAKE FURTHER NOTICE** that, upon the request of any person, Bankruptcy Services LLC ("BSI"), 757 Third Avenue, Third Floor, New York, New York, 10017, tel: (866) 715-0768, fax: (646) 282-2501, will supply a copy of the Order or the Election Notice (at a cost to be paid by the person requesting such document(s), and at the prevailing fee being charged by BSI). BSI will accommodate document requests during normal business hours, Monday to Friday (excluding recognized holidays).[3]

Dated:   March 9, 2007

---

[3] Normal business hours for BSI are from 9 a.m. to 4 p.m. (prevailing Eastern Time).