United States Bankruptcy Court
Southern district of New York

Deptors are Northwest Airlines Corporation et al.

Case # 05-17930 (ALG)
Title of objection twenty-second omnibus
ties II objection to proof of Claim

claimant Ronald C Williamson
discription of basis, my wages they agreed to pay

The reason is that Northwest has over
2 billion dollars in cash.

I declair that everything Ron says is a
fact ~~ronnie~~ Williamson

Ronald C Williamson 6128694599
6940 Queen ave S. Richfield, MN. 55423
e-mail a320RON@MSN.COM

[stamp: BANKRUPTCY COURT SO. DIST. OF NEW YORK]