**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------

|  | x | **Chapter 11** |
|---|---|---|
| **In re:** | : | **Case No. 05-17930 (ALG)** |
| | : | |
| **NORTHWEST AIRLINES CORPORATION,** | : | **Jointly Administered** |
| **NWA FUEL SERVICES CORPORATION,** | | |
| **NORTHWEST AIRLINES HOLDINGS CORPORATION,** | : | |
| **NWA INC.,** | | |
| **NORTHWEST AEROSPACE TRAINING CORPORATION,** | : | |
| **NORTHWEST AIRLINES, INC.,** | | |
| **NWA AIRCRAFT FINANCE, INC.,** | : | |
| **MLT INC.,** | | |
| **COMPASS AIRLINES, INC. F/K/A NORTHWEST AIRLINES CARGO, INC.,** | : | |
| **NWA RETAIL SALES INC.,** | | |
| **MONTANA ENTERPRISES, INC.,** | : | |
| **AIRCRAFT FOREIGN SALES, INC.,** | | |
| **NW RED BARON LLC, AND** | : | |
| **NWA WORLDCLUB, INC.** | | |
| | : | |
| **Debtors.** | : | |

----------------------------------------------------------------------x

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS'
FIRST AMENDED JOINT AND CONSOLIDATED PLAN OF REORGANIZATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS AND PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

    **1.** *Confirmation of the Plan.* On May 18, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 6944] (the "Confirmation Order") confirming the Debtors' First Amended Joint and Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated May 15, 2007 (the "Plan") filed by Northwest Airlines Corporation ("NWA Corp.") and the above-captioned debtors, as debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"). Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Plan or the Confirmation Order, as applicable. The Plan and the Confirmation Order are available by written request to the Debtors' balloting agent, Bankruptcy Services LLC at FDR Station, PO Box 5014, New York, NY 10150-5014. Parties with a PACER password may view such documents by accessing the Bankruptcy Court's Electronic Case Filing System, which can be found at http://www.nysb.uscourts.gov/, the official website for the Bankruptcy Court. Parties may also view such documents by accessing the Debtors' restructuring website at http://www.nwa-restructuring.com/, which does not require a password.

    **2.** *Effective Date.* On May 31, 2007, the Effective Date of the Plan occurred.

    **3.** *Discharge.* Pursuant to Section 11.2 of the Plan, except as otherwise provided in the Plan or the Confirmation Order, the rights afforded in the Plan and the payments and distributions to be made under the Plan shall be in complete satisfaction of and shall discharge and terminate all Equity Interests in NWA Corp. and all existing debts and Claims, of any kind, nature or description whatsoever against or in the Debtors or any of their assets or properties to the fullest extent permitted by section 1141 of the Bankruptcy Code.

**4.**  *Injunction.*  The Plan contains an injunction that provides, among other things, that any holder of any Claim or Equity Interest and any other parties in interest, along with their respective present or former employees, agents, officers, directors or principals, are enjoined from taking any actions to interfere with the implementation or consummation of the Plan.

Dated:      New York, New York
              May 31, 2007

                         CADWALADER, WICKERSHAM & TAFT LLP

                         */s/ Gregory M. Petrick*
                         Bruce R. Zirinsky (BZ 2990)
                         Gregory M. Petrick (GP 2175)
                         Nathan A. Haynes (NH 4955)
                         One World Financial Center
                         New York, New York  10281
                         Telephone:  (212) 504-6000
                         Facsimile:  (212) 504-6666

                         Attorneys for Debtors and
                         Debtors In Possession