UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:

NORTHWEST AIRLINES CORPORATION, et al.,

Debtors.
------------------------------------------------------------------x

Chapter 11

Case No. 05-17930 (ALG)

Jointly Administered

## ORDER TO SHOW CAUSE FIXING A DATE AND TIME FOR HEARING ON REORGANIZED DEBTORS' MOTION FOR ORDER PURSUANT TO SECTIONS 105, 524(a) AND 1141(d) OF THE BANKRUPTCY CODE AND THE DEBTORS' FIRST AMENDED JOINT AND CONSOLIDATED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE ENFORCING THE PLAN INJUNCTIONS

Upon consideration of the motion (the "Motion") of Northwest Airlines, Inc. ("Northwest Airlines") and Northwest Airlines Corporation ("NWA Corp.", and collectively, with Northwest Airlines, the "Reorganized Debtors") for Order Pursuant to Sections 105, 524(a) and 1141(d) of the Bankruptcy Code and the Debtors' First Amended Joint and Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Enforcing the Plan Injunctions, all as described more fully in the Motion; and pursuant to sections 9014 and 9020 of the Federal Rules of Bankruptcy Procedure; and upon the Declaration of Nathan A. Haynes dated March 9, 2010 (the "Declaration") attesting to the necessity for relief by Order to Show Cause; and upon due deliberation and good and sufficient cause appearing therefor, it is hereby

ORDERED that a hearing (the "Hearing") to consider the Motion and entry of the proposed order annexed to the Motion shall be held before the Honorable Judge Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom

House, One Bowling Green, New York, New York, 10004, on March 18, 2010 at 2:30 p.m. (prevailing Eastern time); and it is further

ORDERED that, pending the Hearing, the Reorganized Debtors shall not be required to join in any stipulated pre-trial order in the action in the State Court of Fulton County, Georgia, captioned <u>Atkins, et al. v. Northwest Airlines Corp. et al.</u>, Case No. 04-VS-061086G; and it is further

ORDERED that on or before March 9, 2010, the Reorganized Debtors shall serve a copy of this Order To Show Cause, the Declaration, and the Motion via email (if known) and overnight mail upon claimants Marcia L. Atkins and Patricia Owolabi ("Claimants") at the addresses listed on their claims filed in the Reorganized Debtors' bankruptcy cases or last known addresses and upon their attorneys, if known; and it is further

ORDERED that responses, if any, to the Motion and the relief requested therein, if in writing, must be served upon: (1) Greenberg Traurig LLP, 200 Park Avenue, New York, New York 10166, Attention: Nathan A. Haynes, Esq. (facsimile 212-801-6400), co-counsel to the Reorganized Debtors; so as to be actually received by no later than 4:00 p.m. (prevailing Eastern time), on March 17, 2010; and it is further

ORDERED that Claimants or their counsel may appear at the above hearing by telephone provided that they request same by contacting Nathan Haynes at least one day before the Hearing.

Dated: March 9, 2010
      New York, New York

                                                    */s/ Allan L. Gropper*
                                                        Allan L. Gropper
                                          UNITED STATES BANKRUPTCY JUDGE